# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stapleton, Walter K. | U.S. Court of Appeals for the Third Circuit | 05/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Federal Building
844 King Street - Lockbox 33
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Chester County Country Properties (real estate brokerage firm) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter Int'l Com. | A | Dividend | K | T | | | | | |
| 2. Conoco Phillips Com. | B | Dividend | K | T | | | | | |
| 3. J&J Com. | A | Dividend | K | T | | | | | |
| 4. Marathon Oil Corp. Com. | A | Dividend | J | T | | | | | |
| 5. Marathon Petroleum Corp | A | Dividend | J | T | Spinoff (from line 4) | 07/01/11 | J | | |
| 6. Merck Com. | B | Dividend | K | T | | | | | |
| 7. Pepsico Com. | A | Dividend | K | T | | | | | |
| 8. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 9. Southern Co. Com. | B | Dividend | K | T | | | | | |
| 10. Exxon Mobil | A | Dividend | K | T | | | | | |
| 11. General Electric | A | Dividend | K | T | | | | | |
| 12. 3M Corp. | A | Dividend | K | T | | | | | |
| 13. SEI Tax Exempt Trust Account | A | Dividend | K | T | | | | | |
| 14. Ares Cap. Corp. | A | Dividend | K | T | | | | | |
| 15. Chubb Com. | A | Dividend | K | T | | | | | |
| 16. Cisco Sys. Com. | A | Dividend | K | T | | | | | |
| 17. Emerson Elec. Com. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Teleflex Com. | A | Dividend | J | T | | | | | |
| 19. Acorn II LP (*org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 20. West View PA Bd. | B | Interest | L | T | | | | | |
| 21. Clarco Inc. | A | Dividend | K | T | | | | | |
| 22. Fleetwood PA Bd. 6/1/16 | B | Interest | L | T | | | | | |
| 23. J.M.Schmucker Co. | A | Dividend | K | T | | | | | |
| 24. Vanguard Emg. Mkt. ETF | A | Dividend | K | T | | | | | |
| 25. Vanguard FTSE All World ex. U.S. | B | Dividend | K | T | | | | | |
| 26. IShares MSCI Pac. ex. Japan | A | Dividend | K | T | | | | | |
| 27. Hewlett Packard | A | Dividend | K | T | | | | | |
| 28. AT&T | B | Dividend | K | T | | | | | |
| 29. Hummelstown PA Bd. 11/15/24 | B | Interest | L | T | | | | | |
| 30. Wallingford-Swart PA | A | Interest | K | T | Buy | 08/24/11 | K | | |
| 31. Spring Ford Area Sch. | A | Interest | K | T | | | | | |
| 32. Warwick PA Sch. | B | Interest | M | T | | | | | |
| 33. IShares HK China | B | Dividend | K | T | | | | | |
| 34. IShares Malaysia | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 36. IShares S&P Europe | A | Dividend | | | Sold | 07/22/11 | K | | |
| 37. IShares Dow Jones Select | A | Dividend | K | T | | | | | |
| 38. Duke Energy | A | Dividend | K | T | | | | | |
| 39. Nuveen Fd. | B | Dividend | K | T | | | | | |
| 40. Buckeye Partners | D | Interest | M | T | | | | | |
| 41. Johnson &Johnson Com. | B | Dividend | K | T | | | | | |
| 42. Merck & Co. Com. | B | Dividend | K | T | | | | | |
| 43. Real Estate Chester Co. PA (App.Date 4/12/94) | | None | N | Q | | | | | |
| 44. Star Bancorp. | A | Dividend | L | T | | | | | |
| 45. U.S. Bancorp (formerly Firstar Corp) | A | Dividend | K | T | | | | | |
| 46. Polymedix | | None | J | T | | | | | |
| 47. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 48. PA-exempt Mun. Bd. | B | Interest | L | T | | | | | |
| 49. Bucks Co. Water & Sewer | A | Interest | K | T | | | | | |
| 50. Monroe Co. PA | A | Interest | K | T | | | | | |
| 51. Powershares Exch. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Phoenixville PA Sch. Bd. | B | Interest | L | T | | | | | |
| 53. Berkshire Hathaway, Inc. | A | Dividend | J | T | | | | | |
| 54. IShares Nasdaq Biotech | A | Dividend | J | T | | | | | |
| 55. Powershares Tr. Wilder | | None | | | Sold | 07/22/11 | J | A | |
| 56. IShares U.S. Aerospace PTF | A | Dividend | J | T | | | | | |
| 57. IShares S&P Global | A | Dividend | J | T | | | | | |
| 58. Natixis ASG Global | | None | K | T | Buy | 05/03/11 | K | | |
| 59. IRA- | D | Int./Div. | N | T | | | | | |
| 60. - StreetTracks Gold Trust | | | | | | | | | |
| 61. - IShares S&P Mid. Cap. | | | | | | | | | |
| 62. -IShares DJ US Util. | | | | | | | | | |
| 63. - IShares US Healthcare | | | | | | | | | |
| 64. - IShares FTSE Xinhua | | | | | | | | | |
| 65. - IShares Trust-Dow J Sel. Div. | | | | | | | | | |
| 66. - IShares T NASDAQ | | | | | | | | | |
| 67. - IShares Russell 1000 Gwth. | | | | | | | | | |
| 68. - Vanguard Total Market | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Plum Creek Timber Co. | | | | | | | | | |
| 70. - ML Bank USA RASP account | | | | | | | | | |
| 71. - Powershares Tr. Wilder Hill Clean Energy | | | | | Sold | 07/22/11 | K | | |
| 72. - IShares S&P Latin. Am. | | | | | | | | | |
| 73. - Powershares DB Commodity | | | | | | | | | |
| 74. - IShares Singapore | | | | | | | | | |
| 75. - IShares So. Africa | | | | | | | | | |
| 76. - IShares Trust DJ US Ind. | | | | | | | | | |
| 77. - Powershares Exchange | | | | | Sold | 07/22/11 | J | | |
| 78. - Sector SPDR Consumers | | | | | | | | | |
| 79. - Retirement Res. CLI account | | | | | | | | | |
| 80. - Berkshire Hathaway Inc. | | | | | | | | | |
| 81. - IShares Tr. Dow US | | | | | | | | | |
| 82. - IShares S&P Global | | | | | | | | | |
| 83. - Powershares Cleantech | | | | | Sold | 03/20/11 | J | | |
| 84. - Powershares Wilterhill | | | | | | | | | |
| 85. - Powershares Global Water | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Alps Alerian MLP ETF | | | | | | | | | |
| 87. - IShares DJ US Oil & Gas (erroneously omitted-prior reps) | | | | | Buy | 01/27/09 | J | | |
| 88. Ches. Co. Country Properties SEP - | D | Int./Div. | O | T | | | | | |
| 89. - Berkshire Hathaway, Inc | | | | | | | | | |
| 90. - BAC STEPS F 3/7/11 | | | | | Redeemed | 03/17/11 | K | | |
| 91. - BAC STEPS F 3/23/12 | | | | | Buy | 03/17/11 | K | | |
| 92. - Templeton Global Total | | | | | | | | | |
| 93. - US Treas. Inflation Note 1/15/28 | | | | | | | | | |
| 94. - US Treas. Inflation Note 1/15/15 | | | | | | | | | |
| 95. - ML Bank USA RASP account | | | | | | | | | |
| 96. - US Treas. Inflation Note 1/15/20 | | | | | | | | | |
| 97. - BAC Mitts Ind. 1/29/16 | | | | | Buy | 01/18/11 | K | | |
| 98. - US Treas. Inflation Note 4/15/12 | | | | | | | | | |
| 99. - ML&Co. SRN MLFI-TR | | | | | | | | | |
| 100. - US Treas. Inflation Note 7/15/20 | | | | | | | | | |
| 101. - Endowment TEI Fund | | | | | | | | | |
| 102. - U.S. Treas. Inflation Note 1/15/18 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Natixis ASG Global | | | | | | | | | |
| 104. - CD Discover Bank | | | | | | | | | |
| 105. - BAC Clim. Rogrer | | | | | | | | | |
| 106. - SEK STEPS Ford | | | | | Buy | 03/17/11 | K | | |
| 107. T. Rowe Price Sci.&Tech.Fd. | | None | J | T | | | | | |
| 108. Exxon Com. | A | Dividend | J | T | | | | | |
| 109. 9.5/120th Int.     Ptship (App. 01/15/98) (Randolph Co. GA) | A | Rent | L | Q | | | | | |
| 110. Acorn II LP (org. inv. Ponzi scheme; present value unknown) | | None | | | | | | | |
| 111. Real Estate Hancock Co. ME (2001-$280,000) | C | Rent | O | R | | | | | |
| 112. Gen. Elec. Com. | A | Dividend | K | T | | | | | |
| 113. SEI Tax Exempt Trust account | A | Dividend | J | T | | | | | |
| 114. Kimberly Clark Com. | B | Dividend | K | T | | | | | |
| 115. Cincinnati Fin. Corp. Com. | A | Dividend | K | T | | | | | |
| 116. SEI Investments Co. | A | Dividend | K | T | | | | | |
| 117. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 118. Medtronics | A | Dividend | K | T | | | | | |
| 119. Duke Realty | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Rayonier, Inc. | B | Dividend | K | T | | | | | |
| 121. Stericycle, Inc. | | None | K | T | | | | | |
| 122. Fleetwood PA Bd. | B | Interest | L | T | | | | | |
| 123. Polymedix Inc. | | None | J | T | | | | | |
| 124. Graco Inc. | A | Dividend | K | T | | | | | |
| 125. Pine Grove Sch. Bd. | A | Interest | K | T | | | | | |
| 126. AT&T Inc. | B | Dividend | K | T | | | | | |
| 127. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 128. Genesee & Wyo. Inc. | | None | K | T | | | | | |
| 129. Donaldson Inc. | A | Dividend | K | T | | | | | |
| 130. Flowserve Corp. | A | Dividend | K | T | | | | | |
| 131. BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 132. IShares MSCI Pac. ex. Japan | A | Dividend | K | T | | | | | |
| 133. Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 134. CMA PA Mun. account | B | Interest | M | T | | | | | |
| 135. Perkiomen Sch. Dist. Bd. | A | Interest | | | Sold | 06/14/11 | L | B | |
| 136. West Shore Sch. Dist. Bd. | A | Interest | | | Sold | 06/14/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Warwick PA Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 138. N. Pocono Sch. Dist. Bd. | C | Interest | M | T | | | | | |
| 139. Council Rock Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 140. PA St. First | B | Interest | L | T | | | | | |
| 141. CD Western Bank PR | C | Interest | K | T | | | | | |
| 142. Indiana Cnty. PA Bd. | | None | | | Sold | 06/14/11 | K | A | |
| 143. Phoenixville PA Sch. Bd. | B | Interest | L | T | | | | | |
| 144. Somerset PA Auth. Bd. | C | Interest | L | T | | | | | |
| 145. Monroeville PA Bond | A | Interest | K | T | | | | | |
| 146. Unionville-Chadds Ford Bd | B | Interest | K | T | | | | | |
| 147. Bloomsberg Area Sch. Dist. | A | Interest | K | T | Buy | 06/20/11 | K | | |
| 148. Towanda Area Sch. Dist. | A | Interest | K | T | Buy | 06/08/11 | K | | |
| 149. Westmoreland PA Mun. | A | Interest | K | T | Buy | 05/13/11 | K | | |
| 150. Ringgold PA Sch. Dist. | A | Interest | L | T | Buy | 06/15/11 | K | | |
| 151. Lower Allen PA Bd | B | Interest | L | T | | | | | |
| 152. Unionville-Chadds Ford Bd | A | Interest | K | T | | | | | |
| 153. Sigma Aldrich | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Stericycle | | None | K | T | | | | | |
| 155. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 156. CMA PA Municipal account | B | Interest | L | T | | | | | |
| 157. Del. Valley Sch. Dist. Bd. | A | Interest | K | T | | | | | |
| 158. Perkiomen Sch. Dist. Bd. | B | Interest | L | T | | | | | |
| 159. Nashaminy Sch. Dist. | A | Interest | J | T | | | | | |
| 160. Pa. TPK CML OIL | C | Interest | L | T | | | | | |
| 161. Pa. St. Bond | B | Interest | K | T | | | | | |
| 162. Spring-Ford Pa. Bd. | A | Interest | K | T | | | | | |
| 163. Pa. State Bd. | A | Interest | K | T | | | | | |
| 164. Erie Indmnity Co. | A | Dividend | K | T | | | | | |
| 165. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 166. Vanguard FTSE All-World Ex. US | B | Dividend | K | T | | | | | |
| 167. Graco | A | Dividend | K | T | | | | | |
| 168. SPDR SP Bric 40 | A | Dividend | J | T | | | | | |
| 169. Lower Gwynedd TWP Bd. | A | Interest | | | Redeemed | 07/19/11 | K | | |
| 170. Duke Energy | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard All World Ex. US | A | Dividend | K | T | | | | | |
| 172. Vanguard Emer. Mkts ETF | A | Dividend | K | T | | | | | |
| 173. Alps Alerian MLP ETF | A | Dividend | K | T | | | | | |
| 174. Mechanicsburg Pa Bd. | A | Interest | K | T | | | | | |
| 175. Chester Co. Pa Bd. | A | Interest | K | T | | | | | |
| 176. Real Estate Chester Co. Pa (4/27/10) | | None | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The ____ partnership owns ____ tracts of timberland in Randolph County, GA. I am a general partner. My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Walter K. Stapleton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544